J. H. McCLAY vs. JOHN G. GLUCK.

July 8, 1889.

Sealed Contract—Parol Modification—Parties to a written executory con- tract under seal may modify it by parol, if they have acted under and ex- ecuted it as modified.

Evidence *held* sufficient to sustain the verdict.

Appeal by defendant from an order of the district court for Hen- nepin county, *Lochren*, J., presiding, refusing a new trial after ver- dict of $1,652.21 for plaintiff, and from the judgment entered on the verdict.

. *Robinson & Baker*, for appellant.

*Hart & Brewer*, for respondent.

GILFILLAN, C. J. Action to recover a balance claimed to be due upon a contract for the erection of a building, and for extra work on the building. Plaintiff had a verdict. The evidence was sufficient to justify it. It can hardly be said that any question of law is presented. Parties may by parol modify a written executory contract under seal, either by changing its terms or waiving its conditions, if they have acted under and executed it as so modified. That the parties to this contract agreed on the waivers and modifications claimed by plaintiff, and acted under and executed it accordingly, were questions for the jury, and the evidence justifies their finding.

Judgment affirmed.